

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00392-CR

---

**FERNANDO E. HERNANDEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. CCCR-25-288-2, Honorable Matthew H. Hand, Presiding

---

March 17, 2026

## ORDER OF ABATEMENT AND REMAND

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Fernando E. Hernandez, appeals from the trial court's *Order on Jurisdiction and Remand*, which dismissed his appeal from the Amarillo Municipal Court's judgment convicting him of speeding and assessing a fine. The appellate record was due February 11, 2026. The clerk's record was filed by this deadline. However, the reporter's record was not timely filed because Appellant did not request preparation or make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(b)(2), (3). By letter of February 10, 2026, we directed Appellant to request preparation of the record and make

any necessary payment arrangements by February 20, 2026, or we would remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 37.3(a)(2). The reporter has since notified the Court that Appellant has not requested preparation or paid for the reporter's record to date.

Accordingly, we abate the appeal and remand the cause to the trial court to determine the following:

1.    whether Appellant still desires to prosecute the appeal;

2.    whether Appellant is indigent;

3.    why Appellant has not timely requested preparation of the reporter's record;

4.    whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2; and

5.    if Appellant is not entitled to have the reporter's record furnished without charge, the date Appellant will make acceptable payment arrangements for the reporter's record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this Court by April 16, 2026.

It is so ordered.

Per Curiam

Do not publish.

2